IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN W. MANN,

    Plaintiff,

v.                                     CASE NO. 5:14-cv-78-RS-GRJ

WARDEN COKER, et al.,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 3), and Plaintiff's Objection to Report and Recommendation (Doc. 4). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g) three-strikes bar.

3. The clerk is directed to close the file.

**ORDERED** on April 14, 2014.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**